IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALVIN SMART,** <br><br> Petitioner, <br><br> v. <br><br> **KELLY HARRINGTON, Acting Warden, Kern Valley State Prison,** <br><br> Respondent. | Case No. C 09-03127 CW (PR) <br><br> **ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 16, 2010, in which to file an answer in this case. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse within sixty (60) days of his reciept of the answer.

Dated: **6/22/2010**

_____
The Honorable Claudia Wilken

[Proposed] Order               *Smart v. Harrington*, Case No. C 09-03127 CW (PR)