IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALVIN SMART,** | Case No. C 09-03127 CW (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **KELLY HARRINGTON, Acting Warden, Kern Valley State Prison,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 23, 2010, in which to file an answer in this case

Dated: 7/12/2010

*[signature]*
The Honorable Claudia Wilken