1  EDMUND G. BROWN JR.
   Attorney General of California
2  SETH K. SCHALIT
   Supervising Deputy Attorney General
3  CATHERINE MCBRIEN
   Deputy Attorney General
4  State Bar No. 120873
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5760
6   Fax:  (415) 703-1234
    E-mail:  Catherine.McBrien@doj.ca.gov
7  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ALVIN SMART,** | C 09-03127 CW (PR) |
| Petitioner, | **APPLICATION TO FILE OVER-SIZED BRIEF** |
| v. | |
| **KELLY HARRINGTON, Acting Warden, Kern Valley State Prison,** | |
| Respondent. | |

Pursuant to Civil L.R. 7-4(b), respondent hereby requests leave to file a brief in excess of 25 pages. Good cause for filing the oversized brief is set forth in the accompanying Declaration of Counsel in Support of Application for Leave to File Oversized Brief.

//
//
//
//
//

1

Application to File Over-sized Brief
*Alvin Smart v. Kelly Harrington*, Case No. C 09-03127 CW (PR))

1  WHEREFORE, respondent respectfully requests that this Court grant respondent leave to
2  file an over-sized brief.

3  Dated: July 23, 2010                                                                  Respectfully submitted,

4                                                                                        EDMUND G. BROWN JR.
                                                                                         Attorney General of California
5                                                                                        SETH K. SCHALIT
                                                                                         Supervising Deputy Attorney General
6

7

8                                                                                        /s/ Catherine McBrien
                                                                                         CATHERINE MCBRIEN
                                                                                         Deputy Attorney General
9                                                                                        *Attorneys for Respondent*

10  SF2010200231
    20314231.doc
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Application to File Over-sized Brief
*Alvin Smart v. Kelly Harrington*, Case No. C 09-03127 CW (PR))