IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALVIN SMART,

     Petitioner,

  v.

KELLY HARRINGTON, Warden,

     Respondent.
_____/

No. C 09-03127 CW (PR)

ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE

    Petitioner, a state prisoner, filed a _pro se_ petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse on or before October 22, 2010. If he does not, the matter will be deemed submitted and decided on the papers.

    IT IS SO ORDERED.

Dated: 9/10/10

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC L GONZALEZ,

        Plaintiff,

v.

J CHUDY et al,

        Defendant.

Case Number: CV10-03732 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric L. Gonzalez E66196
Correctional Training Facility (Central)
P.O. Box 689
FW 235 Low
Soledad, CA 93960-0689

Dated: September 10, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2