IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALVIN SMART,

      Petitioner,

  v.

KELLY HARRINGTON, Warden,

      Respondent.
                                 /

No. C 09-03127 CW (PR)

ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE

    Petitioner, a state prisoner, filed a _pro se_ petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse on or before October 22, 2010. If he does not, the matter will be deemed submitted and decided on the papers.

    IT IS SO ORDERED.

Dated: 9/10/10

                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALVIN SMART,

        Plaintiff,

v.

KELLY HARRINGTON et al,

        Defendant.

Case Number: CV09-03127 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alvin Smart F-17093
Pleasant Valley State Prison
D-1 108-L
P.O. Box 8504
Coalinga, CA 93210

Dated: September 10, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk