United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ALVIN SMART,                          No. C 09-03127 CW (PR)

9            Petitioner,                  ORDER GRANTING REQUEST FOR
                                          SECOND EXTENSION OF TIME FOR
10      v.                                PETITIONER TO FILE TRAVERSE

11  KELLY HARRINGTON, Acting Warden,

12           Respondent.
    _____/
13

14      Petitioner, a state prisoner, filed a pro se petition for a

15  writ of habeas corpus.  The Court directed Respondent to file an

16  answer to the petition and granted Petitioner leave to file a

17  traverse.  Respondent has filed an answer.  Petitioner now moves

18  for a second extension of time to file a traverse.  Good cause

19  appearing, the request is GRANTED.  Petitioner shall file a

20  traverse on or before December 17, 2010.  If he does not, the

21  matter will be deemed submitted and decided on the papers.

22      IT IS SO ORDERED.

23  Dated: 10/19/2010                     _____
                                          CLAUDIA WILKEN
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

4   ALVIN SMART,                                    Case Number: CV09-03127 CW

                Plaintiff,

5                                                   **CERTIFICATE OF SERVICE**

        v.

6

7   KELLY HARRINGTON et al,

                Defendant.

8   _____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

11   That on October 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
12   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
     receptacle located in the Clerk's office.

13

14

15   Alvin  Smart F-17093
     Correctional Training Facility
16   Central Infriming, #213
     Hwy 101 North
17   P.O. Box 686
     Soledad,  CA 93960-0686
18
     Dated: October 19, 2010
19
                                              Richard W. Wieking, Clerk
20                                            By: Nikki Riley, Deputy Clerk

21

22

23

24

25

26

27

28